LAW OFFICES OF ROBERT KRASE
132 E. Morton Avenue
Porterville, CA 93257
(559) 784-2353

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA VIEW LOCAL HEALTH CARE DISTRICT, local public agency and a division of the State of California, operating Sierra View District Hospital, Plaintiff,<br><br>vs.<br><br>PERCEPTIVE SOFTWARE, LLC, a Delaware limited liability company and DOES 1 through 100.<br>                                  Defendants. | Case No. 13-CV-01891-AWI-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING DISPOSITIONAL DOCUMENTS TO MARCH 7, 2014** |

Plaintiff Sierra View Local Health Care District ("SVDH" or Sierra View) and Defendant Perceptive Software, LLC ("Perceptive") hereby stipulate that:

On January 27, 2014 Plaintiff filed notice of settlement with the Court as required pursuant to Local Rule 160(a). Pursuant to Local Rule 160(b) February 21, 2014 was automatically set as the deadline for Plaintiff to file dispositional documents.

Under the terms of the agreement reached by the parties, Defendant is not required to perform until on or before February 20, 2014. Plaintiff is only required to file a dismissal after Plaintiff has had an opportunity to verify Defendant's performance. An extension of time is in the interest of the parties to see the matter is fully resolved before dispositional documents are filed.

-1-

**STIPULATION AND ORDER TO EXTEND TIME FOR FILING DISPOSITIONAL DOCUMENTS TO MARCH 7, 2014**

Plaintiff's time for filing dispositional documents is extended from February 21, 2014 to March 7, 2014. A signed copy of this stipulation may be filed in lieu of an original.

SO STIPULATED

Dated: 02/13/2014                                    /s/
ALEXANDER REED-KRASE (as authorized on 02/13/2014)
Alexander Reed-Krase, Attorney for Plaintiff Sierra View Local Health Care District

Dated: 02/14/2014                                    /s/ GRAHAM DAY (as authorized on 02/14/2014)
Attorney for Defendant
Perceptive Software, LLC

## ORDER

Pursuant to the parties' stipulation and Local Rule 160(b), IT IS HEREBY ORDERED that Plaintiff shall file dispositional documents no later than March 7, 2014.

IT IS SO ORDERED.

Dated:   **February 19, 2014**              **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER TO EXTEND TIME FOR FILING DISPOSITIONAL DOCUMENTS TO MARCH 7, 2014**