**ROBERT KRASE, ESQ., #073388**
**ALEXANDER REED-KRASE, ESQ. #272603**
**THE LAW OFFICES OF ROBERT KRASE**
132 East Morton Avenue
Porterville, California 93257
Telephone: (559) 784-2353
Facsimile:  (559) 784-2463

Attorney for Plaintiff
Sierra View Local Health Care District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA VIEW LOCAL HEALTH CARE DISTRICT, local public agency and a division of the State of California, operating Sierra View District Hospital,<br>　　　　　Plaintiff,<br>vs.<br>PERCEPTIVE SOFTWARE, LLC, a Delaware limited liability company and DOES 1 through 100.<br>　　　　　Defendants. | Case No. 13-CV-01891-AWI-SKO<br><br>**STIPULATION FOR DISMISSAL** |

It is HEREBY STIPULATED by and between all the parties to this action through their designated counsel that the above-captioned action, including all counter-complaints, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(ii).

**Dated: February 25, 2014**


 /s/ DONNA HEFNER                              　　/S/ ROBERT KRASE
Donna Hefner, CEO for Plaintiff             　　Robert Krase, Attorney for Plaintiff
Sierra View Local Health Care District    　　Sierra View Local Health Care District


(signatures for defendant on next page)

-1-
**STIPULATION OF DISMISSAL**

Dated: February 27, 2014

/S/ GREG MERMIS                    /S/ ANDREW WILEY
                                   Graham Day, Attorney for Defendant
Perceptive Software, LLC           Perceptive Software, LLC

IT IS SO ORDERED.

Dated:   March 4, 2014             _____
                                   SENIOR  DISTRICT  JUDGE

LAW OFFICES OF ROBERT KRASE
132 E. Morton Avenue
Porterville, CA 93257
(559) 784-2353

**STIPULATION OF DISMISSAL**